IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02659-CMA-MJW

LEONCIO QUISPE,

Plaintiff(s),

v.

ILIFF BUILDERS SUPPLY, LLP, a Colorado Limited Liability Partnership
doing business as Prescott Apartments,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Complaint (Docket No. 10) is GRANTED finding good cause shown and finding no objection by Defendants.  Inasmuch as the proposed Amended Complaint (Docket No. 11) was filed as a separate document rather than as an exhibit to the motion to amend, the Clerk of Court cannot docket it as accepted for filing as of the date of this Minute Order.  It is thus hereby

ORDERED that the Plaintiff shall forthwith re-file the Amended Complaint and Jury Demand (Docket No. 11).

Date:  May 1, 2012