**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02659-CMA-MJW

LEONCIO QUISPE,

Plaintiff,

v.

ILIFF BUILDERS SUPPLY, LLP, a Colorado limited liability partnership
d/b/a PRESCOTT APARTMENTS,

Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with the parties' Stipulation for Dismissal With Prejudice (Doc. # 31) signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay their respective costs and attorney's fees.

DATED: September __24__, 2012

BY THE COURT:

Christine M Arguello

CHRISTINE M. ARGUELLO
United States District Judge