**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02659-CMA-MJW

LEONCIO QUISPE,

    Plaintiff,

v.

ILIFF BUILDERS SUPPLY, LLP, a Colorado limited liability partnership
d/b/a PRESCOTT APARTMENTS,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to and in accordance with the parties' Stipulation for Dismissal With Prejudice (Doc. # 31) signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay their respective costs and attorney's fees.

    DATED: September __24__, 2012

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge